Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: Tanya@moorelawfirm.com

Attorney for Plaintiff
Jose Escobedo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>   Plaintiff,<br><br>   vs.<br><br>MAJID ALI dba DUB CUSTOM TIRE; RL & KM, INC.; DUB CUSTOM TIRE & WHEEL dba DUB CUSTOM TIRE,<br><br>   Defendants. | No. 1:15-cv-00499-MCE-GSA<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF MAJID ALI dba DUB CUSTOM TIRE <u>ONLY</u>; ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, no counter claim has been filed;

Plaintiff hereby respectfully requests that **only Defendant Majid Ali dba Dub Custom Tire** be dismissed from this action **without** prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: May 19, 2015                           MOORE LAW FIRM, P.C.


                                             /s/Tanya E. Moore
                                             Tanya E. Moore
                                             Attorney for Plaintiff Jose Escobedo

*Escobedo v. Ali, et al.*
Notice of Voluntary Dismissal;  Order

Page 1

## ORDER

Good cause appearing,

IT IS HEREBY ORDERED that **only** Defendant **Majid Ali dba Dub Custom Tire** is dismissed **without** prejudice from this action.

**IT IS SO ORDERED**.

**Dated:  May 19, 2015**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT