**Bruce A. Neilson #096952**
**7108 N. Fresno St. #410**
**Fresno, California  93720**
**Telephone (559) 432-9831**
**Facsimile (559) 432-1837**

**Attorney for Defendant**
**RL & KM, INC.**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MAJID ALI dba DUB CUSTOM TIRE;<br>RL & KM, INC.; DUB CUSTOM TIRE &<br>WHEEL dba DUB CUSTOM TIRE,<br><br>　　　　Defendants. | CASE NO. 1:15-cv-00499 -MCE-GSA<br><br>STIPULATION AN ORDER FOR EXTENSION OF TIME TO RESPOND AND TO CONTINUE DUE DATE FOR JOINT STATUS REPORT |

WHEREAS:

1. Plaintiff Jose Escobedo filed this action on March 31, 2015, and filed an Amended Complaint on May 12, 2015.

2. Plaintiff and Defendant RL & KM, INC. are in settlement negotiations at this time, however, the CASp inspection and report needed to finalize a settlement is not yet completed. Further the complaint was amended to add the current tenant of the subject property and the old tenant has been dismissed.  As a result, no defendants have filed responses to the  amended complaint with Defendant RL & KM, INC.'s response due May 29, 2015 and the tenant, Dub Custom Tire & Wheel's response due June 9, 2015 (which is after the current due date (June 5, 2015) of the joint status report).  No prior extensions for any response to the amended complaint have been given.

3. Accordingly, the parties agree that settlement of this case would save valuable court time and resources and make preparation of the joint status report conference unnecessary. Further,

Jose Escobedo v. Majid Ali, et al.
Stip and Proposed Order  For Ext of Time and For Due Date of  Status Report            Case No. 1:  15-cv-00499

1

1 preparation of the joint status report will add to the costs of the case and make it more difficult to reach a settlement.

2. 4. In order to facilitate settlement, and to allow for the joining of the recently added defendant, the parties propose that the time for filing of defendant RL & KM, INC.'s response be extended to June 30, 2015 and that the joint status report due date be continued to July 15, 2015.

NOW THEREFORE, Defendant RL & KM, INC. through its attorney, and Plaintiff Jose Escobedo, through his attorneys, hereby stipulate and agree that the new deadline for Defendant RL & KM, INC. to file an answer or otherwise respond to the complaint is June 30, 2015, and that the due date for the joint status report in this matter shall be continued to July 15, 2015, pending court approval.

**IT IS SO STIPULATED.**

Dated: June 1, 2015

MOORE LAW FIRM, PC
/s/Tanya Moore
Tanya Moore, Attorney for Plaintiff JOSE ESCOBEDO

Dated: June 1, 2015

/s/Bruce A. Neilson
Bruce A. Neilson, Attorney for Defendant  RL & KM, INC.

### ORDER

The Parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Defendant RL & KM, INC. shall have until on or before June 30, 2015 to file an answer or otherwise respond in this action, and that the due date for the filing of the joint status report in this action be continued to July 15, 2015.

**IT IS SO ORDERED**.

Dated:  June 2, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2

Jose Escobedo v. Majid Ali, et al.
Stip and Proposed Order  For Ext of Time and For Due Date of  Status Report         Case No. 1:  15-cv-00499